**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>      **Plaintiff,**               )<br>                                         )<br>**v.**                                  )<br>                                         )<br>**HUNTER HOLLINGSWORTH,** )<br>**SETH SPIVEY,**                )<br>**JACK GARLAND,**             )<br>**JASON GREEN, and**        )<br>**EMILY EDWARDS**            )<br>      **Defendants.**             ) | **Cr. No. 19-MJ-00004** |

# NOTICE OF PENALTIES

### COUNTS 1, 5 AND 7

Nmt 1 yr imprisonment, nmt $100,00 fine, nmt 5 yrs probation, together with a special assessment of $125

### COUNTS 2, 3, 4, AND 6

Nmt 6 months imprisonment, nmt $15,000 fine, nmt 5 yts probation, together with a special assessment of $25.

### SPECIAL PROVISION FOR FINE

Federal law allows for some or all of fine payments be made to federal wildlife conservation accounts administered by the U.S. Fish and Wildlife Service. Here, pursuant to 16 U.S.C. § 4406(b), payment may be sent to "U.S. Fish and Wildlife Service, Cost Accounting Section, P.O. Box 272065, Denver, CO 80227-9060."